UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | | |
|---|---|---|
| RAYMOND R. JENNINGS, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| vs. | ) | **JUDGMENT IN A CIVIL CASE** |
| | ) | **CASE NO. 5:19-CT-3075-FL** |
| JUSTIN ANDREWS, HUGH HURWITZ, | ) | |
| ROD ROSENSTEIN, DONALD J. | ) | |
| TRUMP, US PROBATION OFFICE AND | ) | |
| SUPERVISED RELEASE OFFICER, | ) | |
| | ) | |
| Defendants. | ) | |

**Decision by Court.**

This action came before the Honorable Louise Wood Flanagan, United States District Judge, for frivolity review pursuant to 28 U.S.C. § 1915.

**IT IS ORDERED, ADJUDGED, AND DECREED** that  the court DISMISSES this action pursuant to 28 U.S.C. § 1915(e)(2)(B)(i). Petitioner's claims are dismissed without prejudice.

This Judgment filed and entered on November 14, 2019, and copies to:
Raymond R. Jennings, 22646-057, Butner Medium II – F.C.I., P.O. Box 1500, Butner, NC  27509
(via U.S. Mail)

November 14, 2019                                   Peter A. Moore, Jr.
                                                                  Clerk of Court

By:

                                                                  Deputy Clerk